Argued September 23, affirmed September 23, 1971

STATE OF OREGON, *Respondent, v.*
JAMES PHILIP BROWN, *Appellant.*

488 P2d 856

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.